McMANIMON, SCOTLAND
& BAUMANN, LLC
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Richard D. Trenk, Esq. (rtrenk@msbnj.com)
Robert S. Roglieri, Esq. (rroglieri@msbnj.com)
*Attorneys for Defendants, Suburban Disposal, Inc.
a/k/a Roselle Garbage Disposal, Roselle Waste Management,
Roselle Sanitation, and John Roselle*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS BORN, *on behalf of himself and former and current similarly situated employees of Suburban Disposal, Inc. a/k/a Roselle Garbage Disposal, Roselle Waste Management, Roselle Sanitation, and John Roselle, Individually,*<br><br>Plaintiff,<br><br>v.<br><br>SUBURBAN DISPOSAL, INC. a/k/a ROSELLE GARBAGE DISPOSAL, ROSELLE WASTE MANAGEMENT, ROSELLE SANITATION, AND JOHN ROSELLE, INDIVIDUALLY,<br><br>Defendants. | Civil Action No. 2:18-cv-10273-MCA-SCM |

### STIPULATION OF DISMISSAL WITH PREJUIDICE AND
### WITHOUT COSTS AS TO ALL DEFENDANTS

This matter having been amicably resolved by and between the parties, that the above-referenced Complaint be and hereby is dismissed in its entirety with prejudice and without costs as against Defendants Suburban Disposal, Inc. a/k/a Roselle Garbage Disposal, Roselle Waste Management, Roselle Sanitation, and John Roselle, individually.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Defendants, Suburban Disposal, Inc. a/k/a Roselle Garbage Disposal, Roselle Waste Management, Roselle Sanitation, and John Roselle*

By: _____
RICHARD D. TRENK

Dated:  December 4, 2018

4849-1488-6785, v. 1

**JAFFE GLENN LAW GROUP, P.A.**
*Attorneys for Plaintiff, Thomas Born*

By: _____
ANDREW I. GLENN

Dated:  December 4, 2018

12/10/18   SO ORDERED
Madeline Cox Arleo, U.S.D.J.